UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DR. MUHAMMAD ASHRAF,

    Plaintiff,

vs.

DR. THOMAS BOAT,

    Defendant.

Case No. 1:13-cv-533

Judge Timothy S. Black

## FINAL APPEALABLE ORDER

On October 10, 2013, at a duly scheduled status conference, Plaintiff's counsel advised the Court that the Plaintiff consents to the Court converting its Order denying Plaintiff's motion for a temporary restraining order (Doc. 14) into an Order denying the motion for permanent injunction. Such a finding would give rise to a final appealable order. Moreover, this Court today finds that its Order denying Plaintiff's motion for a temporary restraining order (Doc. 14) is tantamount to an Order denying a motion for a preliminary injunction.

As the United States Court of Appeals for the Sixth Circuit has held: "A ruling denying a TRO is appealable if, as here, it is tantamount to a ruling on a preliminary injunction." *Wilson v. Wilkinson*, 28 Fed. Appx. 465, 466 (6th Cir. 2002) (citing *Manbourne, Inc. v. Conrad*, 796 F.2d 884, 887 n. 3 (7th Cir. 1986)). Moreover, a denial of a motion for an injunction is appealable under 28 U.S.C. § 1292(a)(1). Further, the Court certifies under Rule 54(b) of the Federal Rules of Civil Procedure that there is no just reason for delay in appeal of the Court's Order denying injunctive relief.

-2-

The Clerk shall enter judgment against Plaintiff accordingly; and today's Order, (which incorporates herein by reference, as if fully restated herein, the Court's August 6, 2013 Order Denying Plaintiff's Motion For A Temporary Restraining Order (Doc. 14)), shall constitute and is now a final appealable order, whereupon this case shall be **CLOSED** on the docket of this Court.

**IT IS SO ORDERED**.

Date:  10/18/13                                             */s/ Timothy S. Black*
                                                            Timothy S. Black
                                                            United States District Judge