UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DR. MUHAMMAD ASHRAF,

    Plaintiff,

vs.

DR. THOMAS BOAT,

    Defendant.

Case No. 1:13-cv-533

Judge Timothy S. Black

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:**

**IT IS ORDERED AND ADJUDGED:** that Judgment is entered against Plaintiff pursuant to the Court's Final Appealable Order of 10/18/2013 (Doc. 20) denying injunctive relief to Plaintiff; and this case is **CLOSED** on the docket of the Court.

Date: 10/18/2013

**JOHN P. HEHMAN, CLERK**

By: *s/ M. Rogers*
Deputy Clerk